```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  JOSE PEREZ,

                    Plaintiff,              MEMORANDUM & ORDER
                                             19-CV-931(EK)(PK)
          -against-

  POSTGRADUATE CENTER FOR MENTAL
  HEALTH,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Kuo's Report and Recommendation (R&R) dated February 7, 2022. ECF No. 62. Judge Kuo recommends that the Court grant Plaintiff's motion for settlement approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Kuo's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Plaintiff's motion for settlement approval is granted, and I approve both the proposed settlement agreement and the attached

release as to wage and hour claims.  The Clerk of Court is respectfully directed to close the case.


SO ORDERED.

                                                       /s/ Eric Komitee  
                                                     ERIC KOMITEE  
                                                     United States District Judge


Dated:    April 7, 2022  
           Brooklyn, New York